UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE ALFREDO GARZA, III** | § | |
| *PLAINTIFF,* | § | |
| | § | CIVIL ACTION NO. |
| **v.** | § | JURY DEMAND |
| | § | |
| **CAMERON COUNTY, TEXAS** | § | |
| *DEFENDANT* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

COMES NOW **Jose Alfredo Garza, III**, Plaintiff, and files this his Original Complaint against Defendant, **Cameron County, Texas,** and in support thereof would respectfully show unto the Court as follows:

1. This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621, 623, 626 et seq. ("ADEA"). Plaintiff is a qualified individual to bring suit pursuant to the ADEA. Plaintiff is a male over the age of 40. At the time of the filing of this Complaint, Plaintiff is 48 years of age.

2. Defendant, CAMERON COUNTY, Texas is a local governmental entity. Defendant has over 1,000 employees. Defendant may be served with process to the Cameron County Judge, the Right Honorable Eddie Trevino, Jr., at 1100 East Monroe Street, Suite 218; Brownsville, Texas 78520.

3. This Court has jurisdiction, inter alia, over this action pursuant to the Age Discrimination in Employment Act (29 U.S.C. § 621 et seq), U.S. Const. Art. III, 28 U.S.C. § 1331. Plaintiff's claim arose in whole or in part in Cameron County, Texas. The event and circumstances of Plaintiff's employment occurred in Cameron County, Texas.

4. Whenever in this Complaint it is alleged that Defendant CAMERON COUNTY, TEXAS, did any act or thing, it is meant that Defendant, CAMERON COUNTY, TEXAS, and its officers, agents, servants, employees or representatives did such act and that it was done with full authorization and ratification of Defendant.

5. Plaintiff JOSE ALFREDO GARZA, III ("Plaintiff") was employed with Defendant CAMERON COUNTY, TEXAS ("Defendant") for fifteen (15) years. Prior to the discrimination and termination by Defendant, Plaintiff's most recent position was that of Geographic Information Systems/Information Systems Coordinator. During his employment with Defendant, Plaintiff competently performed the essential functions of his job and faithfully discharged the duties of his job. On or about June 22, 2017, Plaintiff was wrongfully terminated by Defendant. Defendant discriminated against Plaintiff due to his age by imposing unfair and discriminatory standards on Plaintiff. Defendant singled out Plaintiff for disparate treatment due to his age. Defendant engaged in a pattern and practice of age discrimination animus by treating its older workers differently who were over forty (40) years of age such as, Norma Carrillo, Mary Vasquez, Llessica Craft, Martha Jo Abrego, and Marvelia Sandoval. Plaintiff was replaced by Adan Rodriguez who is substantially younger than Plaintiff and less qualified.

6. Prior to Plaintiff's termination, Plaintiff had been supervised by three (3) supervisors including Mr. Remi Garza who terminated Plaintiff, however, Mr. Remi Garza had not evaluated Plaintiff as required during his three (3) years of supervision of Plaintiff by conducting a yearly evaluation as required by Defendant's policy. Furthermore, Mr. Jared Hockema was providing work place instructions to Plaintiff and other employees within the elections department, although Mr. Jared Hockema was not a county employee.

7. Plaintiff was qualified by his education, experience, and training to continue his job as a Geographic Information Systems/Information Systems Coordinator. Neverless, on or about June 22, 2017, Plaintiff's employment was terminated by Defendant. Plaintiff refused to resign under the conditions and requirements made of him by his supervisor Mr. Remi Garza.

8. Plaintiff has complied with all prerequisites for bringing an action under the ADEA, including amendments thereto.

   a. On or about February 7, 2018, Plaintiff timely filed a written Charge and Complaint with the Equal Employment Opportunity Commission alleging discrimination on the basis of age (**Exhibit A**).

   b. On or about August 27, 2018, the EEOC issued a Right to Sue Letter notifying Plaintiff that he had the right to sue within 90 days of the receipt of notification (**Exhibit B**). Plaintiff has filed this action within 90 days of the receipt of the Notice of Right to Sue.

9. Defendant has limited, segregated, and classified Plaintiff on the basis of his age. Plaintiff was discriminated against and terminated by defendant as a result of age discrimination. On or about June 22, 2017, Plaintiff's employment was discriminatorily terminated by Defendant. Defendant discriminated against Plaintiff due to his age by imposing unfair and discriminatory standards on Plaintiff and singled out Plaintiff by disparate treatment due to his age.

10. Defendant's acts constitute a willful and intentional violation of the ADEA. Defendant's violation constitutes a willful violation of the ADEA with the meaning of 29 U.S.C. § 626(b) and this entitles Plaintiff to liquidated damages.

11. In addition, Defendant's policies, selection criteria, and actions have had a disparate and discriminatory impact on Plaintiff due to his age. Defendant's acts, omissions and conduct constitute a violation of the ADEA.

12. Because of Defendant's acts, omissions and conduct in violation of Federal law, and its intentional and willful discrimination of Plaintiff, Plaintiff was forced to retain Hodge & Shergold, L.L.P., 1534 E. 6th Street, Suite, 103; Brownsville, Texas 78520, to protect Plaintiff's rights. Plaintiff seeks reasonable and necessary attorney's fees, expenses, and Court costs.

13. Plaintiff seeks actual damages for his pecuniary and non-pecuniary losses, back pay, front pay, inconvenience, loss of enjoyment of life, lost benefits, insurance, attorney's fees statutory and/or liquidated damages, and expert fees within the jurisdictional limits of the Court.

14. **Jury Trial Requested.** Pursuant to Rule 38 of the federal Rules of Civil Procedure, Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant, CAMERON COUNTY, TEXAS, be cited and commanded to appear and answer, and that upon trial of this cause, Plaintiff have relief as follows:

a. The Court award Plaintiff compensatory damages, back pay, front pay, damages for loos of employment of life, damages for inconvenience, loss of benefits, statutory and/or liquidated damages pursuant to the ADEA;

b. The Court award Plaintiff attorney's fees, Court costs and reasonable expert fees; and,

c. The Court award Plaintiff pre-judgement and pot-judgement interest as allowed by law.

Plaintiff prays for such other and further relief to which Plaintiff is entitled.

Respectfully Submitted,

By: /s/John Shergold
  John Shergold

  State Bar No. 00794624
  Federal No. 20768

  **HODGE & SHERGOLD, L.L.P.**
  1534 East 6th Street, Suite 103
  Brownsville, Texas 78520
  Tel: 956/548-9100
  Fax: 956/548-9102

  **ATTORNEY FOR PLAINTIFF**

4